Matter of Howard v New York City Police Dept. (2024 NY Slip Op 04908)

Matter of Howard v New York City Police Dept.

2024 NY Slip Op 04908

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Webber, J.P., Moulton, Scarpulla, Rodriguez, Pitt-Burke, JJ. 

Index No. 156621/22 Appeal No. 2716 Case No. 2023-06223 

[*1]In the Matter of Michael Howard, Petitioner-Appellant,
v
The New York City Police Department, Respondent-Respondent.

Michael Howard, appellant pro se.
Muriel Goode-Trufant, Acting Corporation Counsel, New York (Elizabeth I. Freedman of counsel), for respondent.

Order and judgment (one paper), Supreme Court, New York County (Judy H. Kim, J.), entered October 5, 2023, which denied the petition to vacate or annul a June 1, 2022 determination of respondent New York City Police Department (NYPD) denying petitioner's request, pursuant to the Freedom of Information Law, for an unredacted copy of a sprint sheet and an audio recording of a March 16, 2022 911 call, and granted respondent's cross-motion to dismiss the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
The court properly balanced the privacy interests at stake against the public interests in disclosure of the materials requested and found that disclosure would result
in an unwarranted invasion of privacy (see Public Officers Law §§ 87 [2][b], 89[2]; Matter of Rhino Assets, LLC v New York City Dept. for the Aging [SCRIE Programs], 60 AD3d 538, 538-539 [1st Dept 2009]).
We have considered petitioner's remaining arguments and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 8, 2024